# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON FITZGERALD HENRY,<br><br>    Petitioner,<br><br>    v.<br><br>MICHAEL BENOV, Warden,<br><br>    Respondent. | Case No.: 1:13-cv-00714-AWI-JLT<br><br>ORDER STRIKING COURT'S ORDER DATED OCTOBER 8, 2014 GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO SEPTEMBER 8, 2014 ORDER (Doc. 22)<br><br>ORDER DISREGARDING PETITIONER'S MOTION FOR EXTENSION OF TIME (Doc. 20) |

Petitioner is a federal prisoner proceeding in propria persona with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On May 23, 2013, the Magistrate Judge assigned to the case issued Findings and Recommendations to dismiss the petition. (Doc. 8). This Findings and Recommendations was served upon all parties and contained notice that any objections were to be filed within twenty days from the date of service of that order. On July 22, 2013, Petitioner filed objections to the Magistrate Judge's Findings and Recommendations. (Doc. 13)  The matter was referred to the United States District Judge assigned to this case for further action.  The matter remains pending before that District Judge.

Subsequently, on December 2, 2013, Petitioner sought leave to file an amended petition, and, toward that end, submitted a first amended petition that was inadvertently filed by the Clerk of the Court. (Docs. 15 & 17). By order dated September 8, 2014, the Court denied Petitioner's motion to

amend and ordered the first amended petition to be stricken from the docket by the Clerk of the Court. (Doc. 19).

On October 3, 2014, Petitioner filed a document he captioned as a motion for extension of time to file objections. (Doc. 20). However, Petitioner is seeking an extension of time to file objections not to any Findings and Recommendations now pending before the District Judge, but to this Court's September 8, 2014 order denying the motion to amend and striking the first amended petition. (Doc. 20, p. 1).

Unlike Findings and Recommendations, which specifically provide for a period during which any party dissatisfied with those Findings and Recommendations can file objections, the Court's order of September 8, 2014, has no such provisions. That order was complete and final when it was issued and no objections or responses were either contemplated or permitted.

Accordingly, the Court HEREBY ORDERS as follows:

1. The Court's Order dated October 8, 2014, granting Petitioner an extension of time to file objections to the Magistrate Judge's September 8, 2014 order (Doc. 22), is VACATED.

2. Petitioner's motion for extension of time (Doc. 20), is DISREGARDED.

IT IS SO ORDERED.

Dated:   **October 9, 2014**            **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE